177 So. 646

### Robert Lee WARD v. STATE.

### 8 Div. 855.

Supreme Court of Alabama.

Dec. 16, 1937.

Griffin & Ford, of Huntsville, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

BROWN, Justice.

Petition of Robert Lee Ward for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Ward v. State, 177 So. 645.

The only questions presented for review here are questions of fact and the applica-

tion of the law thereto. The writ is denied on the authority of Postal Telegraph-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

Writ denied.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.